GABRIEL A. JACKSON, State Bar No. 98119
gaby@jjrlaw.com
KERI A. DONOHUE, State Bar No. 226411
kdonohue@jjrlaw.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Sixth Floor
San Francisco, CA 94133
Tel: (415) 982-3600
Fax: (415) 982-3700

Attorneys for Defendant
GENERAL DYNAMICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GLEASON,<br><br>        Plaintiff,<br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>        Defendants. | Case No. 3:09-cv-02711-CRB<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, subject to approval by the court, Defendant General Dynamics Corporation hereby substitutes Edward R. Hugo, State Bar Number 124839, of Brydon Hugo and Parker as counsel of record in place of Jackson Jenkins Renstrom LLP. The contact information for new counsel is as follows:

    Edward R. Hugo, State Bar No. 124839
    BRYDON HUGO & PARKER
    135 Main Street, 20th Floor
    San Francisco, CA 94105
    Telephone: (415) 808-0300
    Facsimile: (415) 808-0333
    Email: service@bhplaw.com

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

CONSENT TO SUBSTITUTION

I consent to the above substitution.

Dated: 9/3/2013       By: [signature]

I consent to being substituted.

Dated: 8/30/13        By: [signature]
                          GABRIEL A. JACKSON
                          KERI A. DONOHUE

I consent to the above substitution.

Dated: 9/4/2013       By: [signature]
                          EDWARD R. HUGO

The substitution of attorney is hereby approved.

IT IS SO ORDERED:

Dated: October 24, 2013    By: [signature]
                               HONORABLE CHARLES R. BREYER
                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT GENERAL DYNAMICS CORPORATION AND [PROPOSED] ORDER

## **CERTIFICATE OF SERVICE**

The undersigned, counsel for General Dynamics Corporation, hereby certifies that a true and correct copy of the foregoing Notice of Substitution of Counsel was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case on September 5, 2013.

/s/ *Keri A. Donohue*_____