## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GLEASON,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>    Defendants. | No. 3:09-cv-02711-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL DYNAMICS CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL DYNAMICS CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 12/18/2013

By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL DYNAMICS CORPORATION