**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GLEASON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　Defendants. | No. 3:09-cv-02711-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 20, 2014        By: _/s/ Charles R. Breyer_
　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY